## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| HBCU PROPERTIES LLC | * | CASE NO.: **20-63779-bem** |
| | * | |
| | * | CHAPTER: 7 |
| | * | |
| Debtor. | * | |
| | * | |

### MOTION FOR EXTENSION OF TIME TO FILE NECESSARY PAPERS

COMES NOW, the Debtor in the above-styled action and file herewith a Motion For Extension of Time to File Necessary Papers and shows the Court as follows:

1.

Debtor filed a petition for Relief under Chapter 7 on March 2, 2020, and is therefore subject to the jurisdiction of this Court.

2.

Debtor currently represents themselves pro se and has no training in the field of law.

3.

Debtor's petition was prepared and filed in an expedited manner, therefore the Debtor was unable to gather all the necessary documents for completing the Chapter 7 schedules, statement of affairs and other information and documents required.

4.

During the next few weeks, Debtor will have little ability or opportunity to take the steps necessary to complete the Chapter 7 schedules, etc. on time.

5.

It is requested that the Court grant the Debtor an additional period of forty-five (45) days so that the Debtor may have sufficient time to prepare and submit the necessary forms and information.

6.

This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an additional time to file the required schedules and plan.

WHEREFORE, based on the above, the Debtor, urges this Honorable Court to grant them a forty-five (45) days extension of time to file the required schedules and documentation.

Respectfully submitted on this 16th day of March 2020.

_____
HBCU PROPERTIES LLC
Debtor, PRO SE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| HBCU PROPERTIES LLC | * | CASE NO.: **20-63779-bem** |
| | * | |
| | * | CHAPTER: 7 |
| | * | |
| Debtor. | * | |
| | * | |

### CERTIFICATE OF SERVICE

I certify that I am over the age of 18 and that on or about March 16, 2020, I served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE NECESSARY PAPERS by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the following addresses stated:

Date: March 16, 2020                                    Respectfully,

                                                        _____
                                                        HBCU Properties LLC
                                                        Debtor, Pro Se

Chapter 13 Trustee
United States Bankruptcy Court
Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303